United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William F Dolhancey  
Margit K Dolhancey  
    Debtors

Case No. 14-11109-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jul 11, 2016  
                     Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.  
db/jdb       +William F Dolhancey,    Margit K Dolhancey,    457 Pincecrest Rd,    Springfield, PA 19064-3311  
cr          +MTGLQ Investors, L.P.,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,  
                Warrington, Pa 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: bankruptcy@phila.gov Jul 12 2016 01:57:01     City of Philadelphia,  
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
               Philadelphia, PA 19102-1595  
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2016 01:56:46  
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
               Harrisburg, PA 17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2016 01:56:58     U.S. Attorney Office,  
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                          TOTAL: 3

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, LP agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, L.P. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JEANNE MARIE CELLA    on behalf of Joint Debtor Margit K Dolhancey paralegal@lawbsc.com, pennduke@gmail.com  
        JEANNE MARIE CELLA    on behalf of Debtor William F Dolhancey paralegal@lawbsc.com, pennduke@gmail.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LESLIE J. RASE    on behalf of Creditor    MTGLQ Investors, L.P. pabk@logs.com, lerase@logs.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                       TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| William F. Dolhancey<br>Margit K. Dolhancey<br>　　　　　　Debtors | CHAPTER 13 |
| MTGLQ Investors, LP<br>　　　　　　Movant<br>vs. | NO. 14-11109 AMC |
| William F. Dolhancey<br>Margit K. Dolhancey<br>　　　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.　　The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$15,591.16,** which breaks down as follows;

Post-Petition Payments:　　　　July 2015 through June 2016 at $1,234.47
Fees & Costs Relating to Motion: $1,026.00
Less Suspense:　　　　　　　　$248.48
**Total Post-Petition Arrears　　$15,591.16**

2.　　The Debtors shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, Debtors shall tender a down payment of **$1,234.47.**

b). Beginning July 2016 and continuing through December 2016, until the arrearages are cured, Debtors shall pay the present regular monthly payment of **$1,234.47** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$2,392.78** towards the arrearages on or before the last day of each month at the address below;

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

c). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should Debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtors and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived2

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 15, 2016

By: /s/ Joshua I. Goldman, Esquire
Joshua I. Goldman, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 7-1-16

Jeanne Marie Cella Esq.
Attorney for Debtors

Approved by the Court this 11th day of July, 2016. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan