# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                    Chapter 13

                                                  Bankruptcy No. 14-11109-AMC

WILLIAM F DOLHANCEY
MARGIT K DOLHANCEY
457 PINCECREST RD

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    WILLIAM F DOLHANCEY
    MARGIT K DOLHANCEY
    457 PINCECREST RD

    SPRINGFIELD, PA 19064

Counsel for debtor(s), by electronic notice only.

    JEANNE MARIE CELLA
    327 W FRONT ST

    MEDIA, PA 19063-

Date: 9/16/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee