**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William F Dolhancey and Margit K Dolhancey<br><br>            Debtor(s) | CHAPTER 13<br><br>BKY. NO. 14-11109 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MTGLQ Investors, LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3570

                                                  Respectfully submitted,

                                                  **/s/Thomas Puleo, Esquire**
                                                  Thomas Puleo, Esquire
                                                  Brian C. Nicholas, Esquire
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 825-6306  FAX (215) 825-6406