# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 14-11109-AMC

WILLIAM F DOLHANCEY
MARGIT K DOLHANCEY
457 PINCECREST RD

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  WILLIAM F DOLHANCEY
  MARGIT K DOLHANCEY
  457 PINCECREST RD

  SPRINGFIELD, PA 19064

Counsel for debtor(s), by electronic notice only.

  JEANNE MARIE CELLA
  327 W FRONT ST

  MEDIA, PA 19063-

Date: 2/10/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee