Jeanne Marie Cella, Esquire
215 N Olive St, Ste 101
Media, PA 19063
Telephone: (610) 565-2900                                              Attorneys for: Debtors

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William & Margit Dolhancey           :   No. 14-11109
                Debtor           :
                                      :   Chapter 13

### CERTIFICATION OF NO OBJECTION

      The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from the date of service of the Notice of the filing of the Application for Compensation and Proposed Order that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.  Counsel requests entry of an Order granting the said Application for Compensation.


                                                **Jeanne Marie Cella and Associates, LLC**

                                                **BY:** */s/ Jeanne Marie Cella, Esquire*
                                                       Jeanne Marie Cella, Esquire


Dated: March 14, 2017