## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

In re:  William & Margit Dolhancey    :
                                      :    Bankruptcy No:  14-11109
                                      :    Chapter 13
            **Debtors**                :

## ORDER ALLOWING COMPENSATION

AND NOW, this 20th day of March, 2017,  through Jeanne Marie Cella, Esquire, and Associates as counsel for the Debtors, is awarded $4,000.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $2,000.00 to the said counsel from the plan payments which he has received on the Debtors' account.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE