United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 14-11109-amc
William F Dolhancey                                                 Chapter 13
Margit K Dolhancey
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey              Page 1 of 1            Date Rcvd: Mar 20, 2017
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db/jdb         +William F Dolhancey,    Margit K Dolhancey,    457 Pinecrest Rd,    Springfield, PA 19064-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, L.P. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEANNE MARIE CELLA    on behalf of Joint Debtor Margit K Dolhancey paralegal@lawbsc.com,
               pennduke@gmail.com
              JEANNE MARIE CELLA    on behalf of Debtor William F Dolhancey paralegal@lawbsc.com,
               pennduke@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LESLIE J. RASE   on behalf of Creditor    MTGLQ Investors, L.P. pabk@logs.com,  lerase@logs.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

---

**In re: William & Margit Dolhancey** :
: **Bankruptcy No: 14-11109**
: **Chapter 13**
**Debtors** :

## ORDER ALLOWING COMPENSATION

AND NOW, this 20th day of March, 2017, through Jeanne Marie Cella, Esquire, and Associates as counsel for the Debtors, is awarded $4,000.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $2,000.00 to the said counsel from the plan payments which he has received on the Debtors' account.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE