### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William F. Dolhancey<br>        Margit K. Dolhancey<br>                      Debtors<br><br>MTGLQ Investors, LP<br>                      Movant<br>              v.<br><br>William F. Dolhancey<br>Margit K. Dolhancey<br>                      Debtors<br><br>William C. Miller Esq.<br>                      Trustee | Chapter 13<br><br><br>NO. 14-11109 AMC |

### ORDER

AND NOW, this 19th day of July, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 11, 2016, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the Movant, MTGLQ Investors, LP, or its successor or assignee, with regard to the premises at 457 Pine Crest Road, Springfield, PA 19064, so as to allow MTGLQ Investors, LP, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list