United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William F Dolhancey  
Margit K Dolhancey  
    Debtors

Case No. 14-11109-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jul 19, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.  
db/jdb      +William F Dolhancey,    Margit K Dolhancey,    457 Pincecrest Rd,    Springfield, PA 19064-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, LP agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, L.P. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JEANNE MARIE CELLA    on behalf of Joint Debtor Margit K Dolhancey paralegal@lawbsc.com, pennduke@gmail.com  
         JEANNE MARIE CELLA    on behalf of Debtor William F Dolhancey paralegal@lawbsc.com, pennduke@gmail.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LESLIE J. RASE    on behalf of Creditor    MTGLQ Investors, L.P. pabk@logs.com, lerase@logs.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                    TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William F. Dolhancey<br>Margit K. Dolhancey<br>　　　　　Debtors | Chapter 13 |
| MTGLQ Investors, LP<br>　　　　　Movant<br>　　　v.<br>William F. Dolhancey<br>Margit K. Dolhancey<br>　　　　　Debtors<br>William C. Miller Esq.<br>　　　　　Trustee | NO. 14-11109 AMC |

## ORDER

AND NOW, this 19th day of July, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on July 11, 2016, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the Movant, MTGLQ Investors, LP, or its successor or assignee, with regard to the premises at 457 Pine Crest Road, Springfield, PA 19064, so as to allow MTGLQ Investors, LP, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list