UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM F DOLHANCEY
MARGIT K DOLHANCEY

Chapter 13

Debtor

Bankruptcy No. 14-11109-AMC

## Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this ___25th___ day of ___July___, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEANNE MARIE CELLA
327 W FRONT ST

MEDIA, PA 19063-

Debtor:
WILLIAM F DOLHANCEY
MARGIT K DOLHANCEY
457 PINCECREST RD

SPRINGFIELD, PA 19064