United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 14-11109-amc
William F Dolhancey                                               Chapter 13
Margit K Dolhancey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2            Date Rcvd: Jul 25, 2017
                              Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db/jdb         +William F Dolhancey,    Margit K Dolhancey,    457 Pinecrest Rd,    Springfield, PA 19064-3311
cr             +MTGLQ Investors, L.P.,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, Pa 18976-3400
13244767       +Andrew J Marley, Esq.,    Steven & Eisenberg, PC,    1581 Main St, Ste 200,
                 Warrington, PA 18976-3400
13244768       +Eastern Account System (Comcast),     75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
13820873       +Jeanne Marie Cella, Esquire,    215 N. Olive Street,    Media, PA 19063-2838
13495502        MTGLQ Investors, L.P.,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. Box 24605,   West Palm Beach, FL 33416-4605
13244770       +Ocwen Loan Servicing,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13244771       +Rjm Acq Llc (TD Commerce Bank),    575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
13634655        Rushmore Loan Management Services,     P.O.Box 52708,   Irving, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 26 2017 01:36:34      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2017 01:36:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2017 01:36:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13244766       +E-mail/Text: EBNProcessing@afni.com Jul 26 2017 01:36:29      Afni (Verizon),    Pob 3097,
                 Bloomington, IL 61702-3097
13307803        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2017 01:41:15
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13244769       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 26 2017 01:36:27      Midland Funding (T-Mobile),
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13291127        E-mail/Text: appebnmailbox@sprint.com Jul 26 2017 01:36:26      Sprint Correspondence,
                 Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
13244772       +E-mail/Text: RMOpsSupport@alorica.com Jul 26 2017 01:36:30      West Asset Management (Sprint),
                 7171 Mercy Rd,   Omaha, NE 68106-2620
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13463023        Ocwen Mortgage
13264686     ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, L.P. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0313-2            User: Stacey                Page 2 of 2                   Date Rcvd: Jul 25, 2017
                                Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JEANNE MARIE CELLA    on behalf of Debtor William F Dolhancey paralegal@lawbsc.com, pennduke@gmail.com
        JEANNE MARIE CELLA    on behalf of Joint Debtor Margit K Dolhancey paralegal@lawbsc.com, pennduke@gmail.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        LESLIE J. RASE    on behalf of Creditor    MTGLQ Investors, L.P. pabk@logs.com, lerase@logs.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                        TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM F DOLHANCEY    Chapter 13
MARGIT K DOLHANCEY

Debtor    Bankruptcy No. 14-11109-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___25th___ day of ___July___, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEANNE MARIE CELLA
327 W FRONT ST

MEDIA, PA 19063-

Debtor:
WILLIAM F DOLHANCEY
MARGIT K DOLHANCEY
457 PINCECREST RD

SPRINGFIELD, PA 19064